IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GUSTAVO VASQUEZ, individually and ) <br> d/b/a LAS VAQUERITAS ) <br> ) <br> Defendants. ) | NO. 3:17-cv-00694 <br> JUDGE RICHARDSON |

## ORDER

For the reasons discussed in the accompanying Memorandum Opinion, Plaintiff's Motion for Summary Judgment (Doc. No. 28) is **GRANTED IN PART** and **DENIED IN PART**. The motion is **GRANTED** as to Plaintiff's claims under 47 U.S.C. § 605. The motion is **DENIED AS MOOT** as to Plaintiff's claims under 47 U.S.C. § 553. The Court **AWARDS** damages in the amount of $6,600.00 to Plaintiff.

This Order shall constitute the final judgment in this case under Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Eli Richardson*

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE