IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:17-cv-00694 |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| GUSTAVO VASQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff's Motion for Attorneys' Fees and Costs (Doc. No. 53), to which no opposition has been filed. As set forth in the Court's prior Memorandum Opinion (Doc. No. 50), 47 U.S.C. § 605(e)(3)(B)(iii) provides that the Court "shall direct the recovery of full costs, including awarding reasonable attorneys' fees to an aggrieved party who prevails." The Court has determined that Plaintiff is an aggrieved party and that it has prevailed on its Section 605 claim. Therefore, per the statute, Plaintiff is entitled to an award of full costs, including reasonable attorney's fees. Doc. No. 50.

The Court has reviewed Plaintiff's Motion and the attached documentation and finds Plaintiff's request to be reasonable. Accordingly, Plaintiff's Motion for Attorneys' Fees and Costs (Doc. No. 53) is **GRANTED**, and Plaintiff is awarded judgment against Defendant for $3,362.55 in attorneys' fees and costs.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE